# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HIGHBRIDGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RAB LIGHTING INC., a New York corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. EDCV 18-1269-GW(SHKx)<br><br>Assigned to Judge: George H. Wu<br><br>**ORDER ON STIPULATION AND ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE** |

The Court, having reviewed the Parties' STIPULATION OF DISMISSAL, and for good cause appearing, hereby rules as follows:

Pursuant to the STIPULATION OF DISMISSAL the parties filed under Federal Rule of Civil Procedure 41 and good cause appearing therein, the Court hereby dismisses this action in its entirety with prejudice, each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 1, 2018

_____
HONORABLE GEORGE H. WU
United States District Judge